UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES,<br>    Petitioner,<br>v.<br>R. C. JOHNSON,<br>    Respondent. | Case No. 19-cv-07944-EMC<br><br>**ORDER**<br>Docket No. 11 |

Petitioner has filed a motion for a statement of reasons why Judge Koh disqualified herself from this action. Petitioner's motion is **DENIED**. Docket No. 11. "Judges are 'under no obligation to provide a statement of reasons for recusal,' and typically do not make any record when, as here, they recuse themselves sua sponte." *United States v. Casas*, 376 F.3d 20, 23 (1st Cir.2004) (citation omitted); *see also Hampton v. City of Chicago*, 643 F.2d 478, 480 (7th Cir.1981) (same). Judge Koh issued only one order in this case: the order recusing herself. She was not obliged to explain why she recused herself in this action, nor will the undersigned request her to do so now.

**IT IS SO ORDERED**.

Dated: February 13, 2020

_____
EDWARD M. CHEN
United States District Judge